# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ANTONIO SAUNDERS, | : | No. 59 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| NORTHAMPTON COUNTY COURT OF | : | |
| COMMON PLEAS, AS SEPARATE ENTITY | : | |
| AND GOVERNMENT UNIT OF | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| REAL PROPERTY OF INTEREST, KEVIN | : | |
| RANSOM, SUPERINTENDENT OF SCI | : | |
| DALLAS, | : | |
| | | |
| Respondents | | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of August, 2022, the "Petition for Review Pursuant to Rule 3309 Application for Extraordinary Relief" and the Application for Relief are DENIED.